IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA STEMPIEN, et al.,

                Plaintiffs,

v.

ELI LILLY AND COMPANY and MCKESSON CORPORATION,

                Defendants.

NO. C06-1811 TEH

ORDER RESCHEDULING HEARING ON PLAINTIFFS' MOTION TO REMAND

Plaintiffs noticed their motion to remand for May 15, 2006, a date on which the Court is unavailable. The next available date for motion hearings before this Court is June 12, 2006. Accordingly, the hearing on Plaintiffs' motion to remand shall be continued to **Monday, June 12, 2006, at 10:00 AM.** The briefing schedule shall be in accord with the Civil Local Rules based on the new hearing date.

**IT IS SO ORDERED.**

Dated: 04/11/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT