IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA STEMPIEN, et al.,

                Plaintiffs,

       v.

ELI LILLY AND COMPANY and MCKESSON CORPORATION,

                Defendants.

NO. C06-1811 TEH

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR LEAVE TO CITE UNPUBLISHED CASES

       The Court is in receipt of Plaintiffs' motion for leave to file unpublished cases, filed in conjunction with Plaintiffs' motion to remand. The Court GRANTS IN PART and DENIES IN PART this motion as follows: In accord with Civil Local Rule 3-4(e), Plaintiffs may not cite to "[a]ny order or opinion that is designated: 'NOT FOR CITATION,' pursuant to Civil L.R. 7-14 or pursuant to a similar rule of any other issuing court, . . . either in written submissions or oral argument, except when relevant under the doctrines of law of the case, res judicata or collateral estoppel." However, Plaintiffs may cite to other unpublished decisions, including, for example, district court decisions that are unpublished in print volumes or electronic databases but that were not designated as "not for citation," provided that they submit a copy of such decisions to the Court and opposing counsel. This order shall apply with equal force to all parties in this case.

**IT IS SO ORDERED.**

Dated: 04/11/06

                THELTON E. HENDERSON, JUDGE
                UNITED STATES DISTRICT COURT