# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888

http://www.jpml.uscourts.gov

August 15, 2006

Robert C. Heinemann, Clerk
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule A of Order)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Carter
Deputy Clerk

Enclosures/Attachment

cc:   Transferee Judge:   Judge Jack B. Weinstein
        Transferor Judges: Judge Thelton E. Henderson; Judge John E. Ott;
                Judge Allen Sharp; Judge William D. Stiehl
        Transferor Clerks: Norbert G. Jaworski; Perry D. Mathis; Richard W. Wieking; Stephen R. Ludwig

JPML Form 29

# INVOLVED COUNSEL LIST
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Andrew B. Cooke
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338

J. Aaron Cooke
Cooke Law Firm
331 Columbia Street
P.O. Box 188
Lafayette, IN 47902-0188

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94612-3572

Timothy C. Davis
Heninger, Garrison & Davis, LLC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35202

Jody L. DeFord
Ice Miller, LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

W. Lewis Garrison, Jr.
Heninger, Garrison & Davis, LLC
2224 First Avenue North
Birmingham, AL 35203-1310

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Larry E. Hepler
Burroughs, Hepler, Broom, MacDonald, et al.
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Alan Daniel Mathis
Johnston, Barton, Proctor & Powell, LLP
AmSouth/Harbert Plaza
1901 6th Avenue North
Suite 2900
Birmingham, AL 35203-2618

James Mark Neudecker
Reed Smith, LLP
P.O. Box 2084
1999 Harrison Street, Suite 2400
Oakland, CA 94604-2084

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street
22nd Floor
Oakland, CA 94612-3572

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2006

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

AUG 15 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1596

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

*TRANSFER ORDER*

Before the Panel are motions brought, respectively, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 27 Northern District of Indiana actions, six Northern District of California actions, one Northern District of Alabama action and one Southern District of Illinois action as listed on Schedule A. These plaintiffs ask the Panel to vacate its orders conditionally transferring the actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendant Eli Lilly and Co. opposes the motions to vacate and urges inclusion of the 35 actions in the MDL-1596 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these 35 actions involve common questions of fact with the actions in this litigation previously transferred to the Eastern District of New York, and that transfer of these actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Eastern District of New York was a proper Section 1407 forum for actions involving claims of liability related to the prescription drug Zyprexa. *See In re Zyprexa Products Liability Litigation*, 314 F.Supp.2d 1380 (J.P.M.L. 2004). Any motions for remand to state court or for dismissal can be presented to and decided by the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Jack B. Weinstein for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

- 2 -

IT IS FURTHER ORDERED that the request for fees and expenses by certain plaintiffs is denied.

FOR THE PANEL:

/s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman

**SCHEDULE A**

<u>MDL-1596 -- In re Zyprexa Products Liability Litigation</u>

<u>Northern District of Alabama</u>

*Vanessa Brownlee v. Eli Lilly & Co., et al.*, C.A. No. 7:06-634

<u>Northern District of California</u>

*Claudia Stempien, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:06-1811
*Timothy Johnson, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:06-2188
*Russel Woodrow, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-2385
*John Grant, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:06-2386
*Andra Alexander, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:06-2489
*Saundra Burns, et al. v. Eli Lilly & Co., et al.*, C.A. No. 4:06-2384

<u>Southern District of Illinois</u>

*Linda Perry, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-269

<u>Northern District of Indiana</u>

*John Partin, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-23
*Alan Jaggie, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-24
*Huey Hendrix, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-25
*Mary Slade, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-26
*Lynette Hanson, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-27
*Nancy Emanuel, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-28
*Raleigh Harris, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-29
*Leland Bond, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-30
*Faye Hood, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-31
*Melissa Bidy, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-32
*Patricia Trimble, et al v. Eli Lilly & Co.*, C.A. No. 4:06-33
*Ernest Moorer, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-34
*George Horn, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-35
*Carol Lee Moore, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-36
*Wayne Adams, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-37
*Mary Billings, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-38
*David Wilkison, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-39
*Richard Eickhoff, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-40
*Vaunita Duval, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-41
*Ada Adair, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-42

- A2 -

Northern District of Indiana (continued)

*Yvonee Dupain, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-43
*Allen Ames, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-44
*James Harstad, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-45
*John Cole, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-47
*Marc Scaillet, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-72
*James Anthony, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-73
*James Alexander, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-74