**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 9, 2007

United States District Court
Eastern District of New York
Office of the Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, New York   11201-1818

**RE:   Claudia Stempien, et al.  -v-  ELI LILLY & CO., et al., Case Number C-06-1811-TEH**
**In re Zyprexa Products Liability Litigation, MDL  No. 1596 & Case No. 06-cv-5263**

Dear Clerk,

Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

☐    Certified copy of docket entries.

☐    Certified copy of Transferral Order.

☐    Original case file documents.

X    Please access the electronic case file for all the pleadings you may need.


Sincerely,
RICHARD W. WIEKING, Clerk


by:  Thelma Nudo
     Deputy Clerk


Enclosures
Copies to counsel of record