IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA STEMPIEN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY and MCKESSON CORPORATION,<br><br>　　　　Defendants. | NO. C06-1811 TEH<br><br>ORDER GRANTING MOTION<br>TO RELATE CASE AND ORDER<br>STAYING CASE NO. C07-1920 |
| MICHAEL COONLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION and ELI LILLY AND COMPANY,<br><br>　　　　Defendants. | NO. C07-1920 JCS |

　　　　These matters come before the Court on Defendant Eli Lilly and Company's motion to relate *Coonley, et al. v. McKesson Corporation, et al.*, Case No. 07-1920 JCS, to *Stempien, et al. v. Eli Lilly and Company, et al.*, Case No. 06-1811 TEH.  Neither set of plaintiffs objected to Eli Lilly's motion, and the time for filing a response to the motion under Civil Local Rule 3-12 has now expired.

　　　　Having reviewed Eli Lilly's papers, the Court finds that the two cases meet the requirements for relation under Civil Local Rule 3-12, and Eli Lilly's motion to relate cases is therefore GRANTED.  Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Coonley* to the undersigned judge.  Counsel are instructed that all future filings shall bear the initials "TEH" immediately after the case number.

1    IT IS FURTHER ORDERED that *Coonley* shall be STAYED for the reasons set forth
2 in this Court's May 4, 2006 order in *Stempien* (Case No. 06-1811, docket no. 26).

3

4 **IT IS SO ORDERED.**

5

6 Dated:   04/17/07

   THELTON E. HENDERSON, JUDGE
   UNITED STATES DISTRICT COURT