**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4

CLAUDIA STEMPIEN, et al.,

              Plaintiffs,

       v.

ELI LILLY AND COMPANY and
MCKESSON CORPORATION,

              Defendants.

NO. C06-1811 TEH

ORDER GRANTING MOTION
TO RELATE CASE AND ORDER
STAYING CASE NO. C07-3324

GLENN TEAGUE, et al.,

              Plaintiffs,

       v.

ELI LILLY AND COMPANY and
MCKESSON CORPORATION,

              Defendants.

NO. C07-3324 MEJ

     These matters come before the Court on Defendant Eli Lilly and Company's motion to relate *Teague v. Eli Lilly and Company*, Case No. 07-3324 MEJ, to *Stempien v. Eli Lilly and Company*, Case No. 06-1811 TEH.  Neither set of plaintiffs objected to Eli Lilly's motion, and the time for filing a response to the motion under Civil Local Rule 3-12 has now expired.

     Having reviewed Eli Lilly's papers, the Court finds that the two cases meet the requirements for relation under Civil Local Rule 3-12, and Eli Lilly's motion to relate cases is therefore GRANTED.  Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Teague* to the undersigned judge.  Counsel are instructed that all future filings shall bear the initials "TEH" immediately after the case number.

1      IT IS FURTHER ORDERED that *Teague* shall be STAYED for the reasons set forth

2  in this Court's May 4, 2006 order in *Stempien* (Case No. 06-1811, docket no. 26).

3

4  **IT IS SO ORDERED.**

5

6  Dated:   07/09/07

7                         THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28